UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 1:24-cr-355 (JEB) |
| | : | |
| **ANNIE VO** | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Lynnett M. Wagner, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

        Respectfully Submitted,

        UNITED STATES OF AMERICA,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY D.C.
        D.C. Bar No. 481052

BY:    */s/ Lynnett M. Wagner*
        Lynnett M. Wagner
        Assistant United States Attorney
        Nebraska Bar No. 21606
        United States Attorney's Office
        District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        Phone: (402) 661-3700
        Email: Lynnett.M.Wagner@usdoj.gov